IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 06-po-00056-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHARLES BRANDON,

     Defendant.

---

## ORDER TO APPEAR AND SHOW CAUSE

---

IT IS HEREBY ORDERED that the Defendant Charles Brandon is ordered to appear before the United States District Court, 400 Rood Avenue, Courtroom 323, Grand Junction, Colorado on July 10, 2007 at 10:00 a.m. to show cause to the Court why he should not be held in contempt for failure to comply with the Courts Order on December 12, 2006, which payment schedule was incorporated into the Judgment in a Criminal Case dated December 22, 2006.

Summons to issue.

Dated this 20th day of June, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge