IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 06-po-00056-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BRANDON,

    Defendant.

---

ORDER TO APPEAR AND SHOW CAUSE

---

In order to provide notice to the Defendant, this matter is reset for Show Cause hearing on August 7, 2007 at 10:00 a.m.  The Defendant is ordered to appear before the United States District Court, 400 Rood Avenue, Courtroom 323, Grand Junction, Colorado on August 7, 2007 at 10:00 a.m. and show cause to the Court why he should not be held in contempt for failure to comply with the Court's Order on December 12, 2006, which required the Defendant to make payment of restitution in accordance with a payment schedule, which payment schedule was incorporated into the Judgment in a Criminal Case dated December 22, 2006.

The Deputy United States Marshal shall serve summons on the Defendant, requesting the Defendant to appear on August 7, 2007 at 10:00 a.m.

The Government's Motion for Issuance of Arrest Warrant and Vacation of Order

of Suspension of Fine is held in abeyance until after August 7, 2007.

Dated this 19th day of July, 2007.

BY THE COURT:

s/ Gudrun J. Rice

_____
Gudrun J. Rice
United States Magistrate Judge