IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 06-po-00056-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BRANDON,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S ORAL MOTION FOR
ISSUANCE OF ARREST WARRANT

---

    IT IS HEREBY ORDERED that warrant be issued for the Defendant's failure to appear and show cause on August 07, 2007 at 10:00 a.m.

    Dated this 15th day of August, 2007.

                                           BY THE COURT:

                                           s/ Gudrun J. Rice

                                           Gudrun J. Rice
                                           United States Magistrate Judge