IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 06-po-00056-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BRANDON,

    Defendant.

---

## ORDER

---

The Defendant in this action was arrested on August 23, 2007 for his failure to appear and show cause. The Defendant was released on August 23, 2007 after posting a cash bond in the amount of $800.00 (money order #11307625547 in the amount of $800.00).

The Defendant had previously been ordered, as a consequence of his plea of guilty to the charge of damaging government property in violation of 36 C.F.R. 261.13(h), to pay restitution in the amount of $855.60 (see judgment dated September 19, 2006 and judgment dated December 22, 2006).

The Court is advised that the $800.00 posted by the Defendant as cash bond on August 23, 2007 has been paid by the U.S. District Court to the U.S. Forest Service to satisfy the restitution ordered in this matter.

IT IS THEREFORE ORDERED that the $800.00 cash bond posted by the Defendant on August 23, 2007 is exonerated by the payment of $800.00 restitution to the U.S. Forest Service.

The Defendant having paid restitution in the full amount of $855.60 as ordered, a fine in the amount of $200.00 as ordered and the special assessment of $10.00 as ordered, this matter is hereby closed.

Dated this 12th day of February, 2008.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge